IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES,

    Plaintiff,

    v.

JORGE EDGARD QUINONES,

    Defendants.

No. 11-02556 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On September 13, 2011, Plaintiff's and Defendants' counsel filed a request to appear telephonically at the initial case management conference set for September 15, 2011 at 4:15 p.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court.

Dated: September 13, 2011

                                                      *Elizabeth D. Laporte*
                                                    ELIZABETH D. LAPORTE
                                                    United States Magistrate Judge