1  BARRY E. HINKLE, Bar No. 071223
2  PATRICIA A. DAVIS, Bar No. 179074
   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
3  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
4  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501
5  Telephone (510) 337-1001
   Fax (510) 337-1023

6  Attorneys for Plaintiffs

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>JORGE EDGARD QUINONES, Individually; JOREGE EDGARD QUINONES, Individually and doing business as PROFESSIONAL CONSTRUCTION SERVICES; GEORGE QUINONES, Individually; GEORGE QUINONES, Individually and doing business as PROFESSIONAL CONSTRUCTION SERVICES; and PROFESSIONAL CONSTRUCTION SERVICES,<br><br>Defendants. | No. 11-2556 EDL<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER THEREON** |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

NOTICE IS HEREBY GIVEN that Plaintiffs and Defendants stipulate to voluntarily dismiss the above-captioned action *without prejudice*. The parties have agreed upon a resolution of this matter and Defendants are currently making payments to Plaintiffs. The parties request that the Court maintain jurisdiction over this case for six (6) months from September 14, 2011.

A Case Management Conference has been scheduled for September 15, 2011 at 4:15 p.m. With this Stipulation for Dismissal, Plaintiffs also request that said Case Management Conference be vacated.

Dated: September 14, 2011                WEINBERG, ROGER & ROSENFELD
                                          A Professional Corporation

                                          /S/ *Conchita Lozano-Batista*
                                      By: CONCEPCION E. LOZANO-BATISTA
                                          Attorneys for Plaintiffs


Dated: September 14, 2011                LAW OFFICES OF ARI J. LAUER

                                          /S/ *Ari J. Lauer*
                                      By: ARI J. LAUER
                                          Attorneys for Defendants

### [~~PROPOSED~~] ORDER

The parties have resolved this matter and requested that this Court maintain jurisdiction over the case. IT IS HEREBY ORDERED that this case be dismissed pursuant to the foregoing Order without prejudice. The Court shall maintain jurisdiction over this case until April 14, 2012. The Case Management Conference set for September 15, 2011 is hereby vacated.

Dated: September 15, 2011                *[signature]*
                                          ELIZABETH D. LA PORTE
                                          UNITED STATES MAGISTRATE JUDGE

128004/636767

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON
Case No. 11-2556 EDL